UNITED STATES DISTRICT COURT

ORIGINAL

DISTRICT OF MINNESOTA

Civil No. 01-CV-169 DWF/AJB

**IBEW No. 292 Health Care Plan, Electrical Workers Local No. 292 Pension Fund, Electrical Workers Local No. 292 Annuity & 401 (k) Fund, Electrical Workers Local No. 292 Vacation & Holiday Fund, Minneapolis Electrical Industry Board/JATC/LMCC,**

Plaintiffs,

vs.

**Harvey Electric, Inc.,**

Defendant.

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER FOR MONEY JUDGMENT**

This matter was heard before the undersigned on the 19th day of February, 2002. Pamela Hodges Nissen of McGrann Shea Anderson Carnival Straughn & Lamb, Chartered, appeared for and on behalf of the Plaintiffs. There was no appearance on behalf of the Defendant.

This matter was brought before the Court on February 19, 2002, by the Plaintiffs for entry of a money judgment pursuant to this Court's Order dated April 26, 2001, which Ordered the Defendant to submit fringe benefit report forms, and provided that Plaintiffs were entitled to entry of judgment after the reports were submitted.

**FINDINGS OF FACT**

1. On April 26, 2001 this case was heard by the Court upon Plaintiffs' motion seeking an Order for Default Judgment.

2. Based upon the pleadings, record, filings and arguments of Counsel, this Court entered the Default on April 26, 2001, against the Defendant and Ordered that

FILED FEB 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 26 2002
DEPUTY CLERK

Defendant produce fringe benefit report forms for May 2001 through August 2001 and that the amounts due and owing pursuant to those reports, and for fees and costs, would be determined upon application and affidavit of Plaintiffs' counsel.

3. Defendant failed to comply with that Order and Plaintiffs moved for contempt sanctions.

4. After Plaintiffs' motion, Defendant produced the required report forms for the period of May 2001 through August 2001.

5. According to the reports submitted, $23,549.44 in contributions are owing for the period May 2001 and August 2001.

6. As is provided in the Agreements between the parties, Plaintiffs are entitled to liquidated damages in the amount of $1,000 per month. Liquidated damages total $4,000.00.

7. Defendant has failed to pay the amount owing pursuant to the reports.

8. Plaintiffs have incurred $1,521.25 in legal fees and $447.79 in costs associated with this action.

## CONCLUSIONS OF LAW

1. Defendant owes contributions in the amount of $23,549.44 for the period of May 2001 through August 2001.

2. Defendant owes $4,000.00 in liquidated damages.

3. The reasonable fees and costs, which Plaintiffs have incurred in prosecution of this matter total $1,969.04.

## ORDER

IT IS HEREBY ORDERED:

1. That Plaintiffs' application for Entry of a Money Judgment is granted.

2. That the Clerk enter judgment in favor of Plaintiffs and against Defendant, as follows:

   a. In favor of the Plaintiffs in the amount of $23,549.44 for contributions delinquent and unpaid for the period May 2001 through August 2001;

   b. In favor of the Plaintiffs in the amount of $4,000.00 for liquidated damages;

   c. In favor of the Plaintiffs in the amount of $1,969.04, as and for, reasonable attorney fees and costs; and

   d. In favor of the Plaintiffs for the total amount of $29,518.48.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 2/26/02

Donovan W. Frank
Judge of District Court